```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
KATHERINE E. UNDERWOOD
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>JOE MORALES, </br></br>　　　　Defendant. | No. 06-mj-0046-DAD </br></br>GOVERNMENT'S MOTION TO DISMISS </br>WITHOUT PREJUDICE AND ORDER </br></br></br>DATE: March 22, 2006 </br>TIME: 9:00 a.m. </br>JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice case number 06-mj-0046-DAD, because the citing officer has been deployed abroad until August 2006.  The government wishes to reserve the right to re-file when the officer is available.

DATED: March 7, 2006.

```
                                        MCGREGOR W. SCOTT
                                        United States Attorney


                                   By:  /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney
```

1

ORDER

IT IS SO ORDERED:

DATED: March 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/morales0046.ord